UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| Roosevelt Cayman Asset Company,<br><br>Plaintiff,<br><br>v.<br><br>José Davila Pérez a/k/a José Enrique Davila Pérez, Mayra Seguinot Davila a/k/a Mayra Ivette Seguinot Davila and the Conjugal Partnership constituted among them,<br><br>Defendants. | Civil Action: 17-02058<br><br>RE: Collection of Money and Mortgage Foreclosure |

**SUMMONS IN A CIVIL ACTION**

To: José Davila Pérez a/k/a José Enrique Davila Pérez as representative of the Conjugal Partnership Davila - Seguinot
J-5 Calle Cabo de Hornos, Paseo los Corales, Dorado, PR 00646
Paseo Los Corales 1, 664 Calle Cabo de Hornos, Dorado, PR 00646

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a Social Security Action - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,whose name and address are:

**Nathalia M. Rivera Florez**
MARTINEZ & TORRES LAW OFFICES LAW OFFICES P.S.C.
P.O. Box 192938 San Juan, Puerto Rico 00919-2938
Tel (787) 767-8244 Fax (787) 767-1183
nmrivera@martineztorreslaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RÍOS DE MORÁN, ESQ*
*CLERK OF THE COURT*

Date

*Signature of the Clerk or Deputy Clerk*

**PROOF OF SERVICE**

(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (*name of the individual and title, if any*) **The Conjugal Partnership Davila - Seguinot** was received by me on (*date*) ______________________.

☐ I personally served the summons on the individual at (*place*) ______________________ ______________________ on (*date*) ______________: or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ______________________, a person of suitable age and discretion who resides there, on (*date*) ______________ and I mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______________________, who is designated by law to accept service of process on behalf of (*name of organization*)______________ on (*date*)__________; or

☐ I retuned the summons unexecuted because ______________________; or

☐ Other (*specify*)______________________

I declare under penalty of perjury that this information is true.

Date: ______________ ______________________

*Server' Signature*

______________________

*Printed Name and title*

______________________

*Server's Address*

Additional information regarding attempter service, etc:

______________________